UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GILBERT LAW, | No. 2:17-cv-2060 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| LORI W. AUSTIN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 23, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 41. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 23, 2020, are adopted in full;

2. Defendants' motion to revoke plaintiff's in forma pauperis status, ECF No. 30, is

GRANTED.

3. Plaintiff is declared a three-strike litigant within the meaning of 28 U.S.C. § 1915(g);

4. Plaintiff's in forma pauperis status granted August 27, 2019, ECF No. 19, is revoked;

5. Plaintiff is ordered to pay the fees in this action ($400.00) within sixty (60) days, as a condition to proceed with this case; and

6. Plaintiff is informed that failure to timely pay the above-noted fees will result in the dismissal of this action without prejudice.

DATED: August 25, 2020

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE